# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

May 15, 2020

Hon. Ronnie Abrams
United States District Court
U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 18, 2020

Re: United States v. Richard Onipede
19 CR. 36 (RA)

Dear Judge Abrams:

    Richard Onipede will be applying for acceptance into Optional Practical Training, a period for international undergraduate and postgraduate students to pursue employment in their fields of study. This is administered though the college in conjunction with the U.S. Citizen and Immigration Service and has the effect of extending his F-1 Visa and allowing him to pursue employment. In order to be accepted he will need to present a valid passport at the time of application in June, 2020. His Nigerian passport, currently being held by Pre-Trial Services, will expire before then.

    Accordingly, please accept this letter as an application for permission for Mr. Onipede to apply through the Nigerian Embassy for a renewal of his passport. When approved and ready, Mr. Onipede would then need to exchange the expired passport for the renewal at the Embassy. He will then be able to present a valid passport in June to the OPT program for acceptance. Once the OPT application is completed Mr. Onipede would surrender the new passport to Pre-Trial Services.

    I have emailed both Pre-Trial Officer Rena Bolin and A.U.S.A. Robert Sobelman and explained the situation and the need for the passport renewal and this proposed application. I can report that Ms. Bolin and Mr. Sobelman have no objection to the granting of this application. I do note that Mr. Sobelman consents on the condition that Pre-Trial Services be informed as soon as the passport is no longer needed to be in the defendant's possession and that it will be then

surrendered to Pre-Trial Services.

    Thank you for your consideration to this application.

Respectfully submitted,

Richard H. Rosenberg

cc.: Rena Bolin, U.S. Pre-Trial Services
     Robert Sobelman, Esq., A.U.S.A.