# RICHARD H. ROSENBERG
ATTORNEY AT LAW
217 BROADWAY - -SUITE 707
NEW YORK, NEW YORK 10007

richrosenberg@msn.com                                   Tel:  212-586-3838
                                                        Cell: 917-576-1446

September 23, 2020

Hon. Ronnie Abrams                          Application granted.
United States District Court
U.S. Courthouse                              SO ORDERED.
40 Foley Square
New York, N.Y.  10007

                                             Ronnie Abrams, U.S.D.J.
**Re: United States v. Richard Onipede**     September 24, 2020
     **19 CR. 36 (RA)**

Dear Judge Abrams:

     Richard Onipede, who will be accompanied by counsel, has a naturalization interview scheduled with United States Immigration and Customs Service on October 5, 2020.  He is being sponsored by his wife and mother.  Mr. Onipede will need to present his passport at the interview.

     Accordingly, please accept this letter as an application for permission for Mr. Onipede to retrieve his passport (now expired) from Pre-trial Services for that purpose.   Upon completion of the interview process Mr. Onipede will promptly return the passport to Pre-Trial.

     I have consulted with A.U.S.A. Robert Sobelman and Pre-Trial Officer Rena Bolin and can report that each has no objection to the granting of this application.

     Thank you for your consideration to this application.

                                                 Respectfully submitted,
                                                           / s /
                                                  Richard H. Rosenberg

cc.: Rena Bolin, U.S. Pre-Trial Services
     Robert Sobelman, Esq., A.U.S.A.