# RICHARD H. ROSENBERG
### ATTORNEY AT LAW
### 217 BROADWAY - -SUITE 707
### NEW YORK, NEW YORK 10007

richrosenberg@msn.com

Tel: 212-586-3838
Cell: 917-576-1446

July 26, 2021

Hon. Ronnie Abrams
United States District Court
U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 26, 2021

**Re: United States v. Richard Onipede**
**19 CR. 36 (RA)**

Dear Judge Abrams:

Richard Onipede, who will be accompanied by counsel, has a naturalization interview scheduled with United States Immigration and Customs Service tomorrow, July 27, 2021 in relation to his application for a marital waiver. Mr. Onipede notified me this morning that he will need to present his expired passport at the interview. Pretrial Services currently has possession of the passport.

Accordingly, please accept this letter as an application to allow Mr. Onipede to retrieve his passport (now expired) today, July 26, 2021, from Pre-trial Services for that purpose. Since Mr. Onipede's Deferred Prosecution is scheduled to terminate the following day, July 28, 2021, return of the passport to Pretrial Services does not appear to be necessary.

I have consulted with both Rena Bolin of Pretrial Services and A.U.S.A Robert Sobelman, this morning and I can report that they have no objection to the granting of this application..

Thank you for your consideration.

Respectfully submitted,

Richard H. Rosenberg

cc.: All parties (by ECF and email)