UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RICHARD ONIPEDE, <br><br> Defendant. | No. 19-CR-36 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

Following Defendant Richard Onipede's successful completion of the Young Adult Opportunity Program and compliance with a deferred prosecution agreement entered into with the Government, on August 5, 2021, the Government recommended that an order of *nolle prosequi* be filed as to Mr. Onipede, with respect to Information 19 Cr. 36 (RA). On the same day, the Court signed the *nolle prosequi*, thereby disposing of the case against Mr. Onipede. Accordingly, Mr. Onipede's motion to withdraw his plea is granted and the plea is hereby deemed withdrawn.

SO ORDERED.

Dated:   November 29, 2023
         New York, New York

                                            _____
                                            Ronnie Abrams
                                            United States District Judge