```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                              :
UNITED STATES OF AMERICA                      :      No. 19-CR-36 (RA)
                                              :
           - v. -                             :      ORDER
                                              :
RICHARD ONIPEDE,                              :
                                              :
                    DEFENDANT.                :
---------------------------------------------------------------x
```

RONNIE ABRAMS, United States District Judge:

Following Defendant Richard Onipede's successful completion of the Young Adult Opportunity Program and compliance with a deferred prosecution agreement entered into with the Government, on August 5, 2021, the Government recommended that an order of *nolle prosequi* be filed as to Mr. Onipede, with respect to Information 19 Cr. 36 (RA). On the same day, the Court signed the *nolle prosequi*, thereby disposing of the case against Mr. Onipede.

On November 28, 2023, Mr. Onipede moved to withdraw his guilty plea, and on November 29, 2023, I granted that motion, deeming the plea withdrawn. See ECF No. 38.

This Order reflects my conclusion that, as I stated on the record on January 5, 2024, had Mr. Onipede known about or had his lawyer told him about the Young Adult Opportunity Program, he would not have pled guilty without first applying to the program. Mr. Onipede was thus prejudiced as a result.

SO ORDERED.

Dated: Jan. __8__, 2024
       New York, New York

_____
Ronnie Abrams
United States District Judge